UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                                          CASE NO.  11-81221-JJG-13
    SCOTT LOGAN
    AMY LOGAN
        Debtor(s)

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Donald L. Decker, Trustee herein, submits the following notice of unclaimed dividends to the Court.

| PAYEE(S) | LAST KNOWN ADDRESS(ES) | AMOUNT(S) |
|---|---|---|
| Diamond Collection Services | P. O. Box 6158, Terre Haute, IN 47802 | $45.04 |

Dated:  February 5, 2016

    /s/ Donald L. Decker
Donald L. Decker, Chapter 13 Trustee
P.O. Box 9237
Terre Haute, IN 47808-9237
Phone:  (812) 234-2600
Fax:  (812) 234-2666
E-mail:  ddecker@decker13trustee.com